**913-15**

granted
PC
9.24.15

David Lee Kelley
Appellate, Pro Se

FILED IN
COURT OF CRIMINAL APPEALS

SEP 23 2015

Abel Acosta, Clerk

v

The State of Texas
Appellee

§
§
§
§
§
§
§
§

IN the Texas court

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 23 2015

Abel Acosta, Clerk

of

Criminal Appeals

---

Appealed in the Eighth court of Appeals- El Paso, Texas- From Cause No. CR 12456- In the 355th Judicial District Court of Hood County, Texas- Honorable Ralph H. Walton, Jr., Respectfully Presiding.

---

Appellants verified motion for an additional Extension of Time to File a Petition for Discretionary Review.

---

To the Honorable Justices of said Court:

comes Now, David Lee Kelley, appellant, acting pro-se, who respectfully files this most Honorable court this document pursuant to Rules 2 and 10.1 (a) and 10.5 (b) (1) (3). IN Support there of he would show the following:

1. The deadline for filing appellants petition for discretionary review is Sept. 18th, 2015

2. The length of an additional extension sought is for (30) days.

3. Appellant is incarcerated and acting Pro-se 100%. He did not expect to be forced overnight to become a litigator, he also assumed that his appellate attorney would bring to completion the state's appeal process, up and unto, at least the petition for discretionary review, of which did not take place by appellate counsel.

4. Since receiving the court of appeals opinion, appellant has been trying to get help in preparing a petition for discretionary review. All at no avail, until locating a fellow Sabbath worship Believer on Sept. 5th, 2015, Saturday.

5. Appellants knowledge, understanding and comprehension of the law is severely restricted and totally impaired.

6. Appellant is near the time limitations for filing this motion for an additional extension of time; however, he seeks and begs this honorable courts Justices to please wave (TRAP) (TRAP 2) in the fair and just administration of justice; preventing the miscarraige of justice there of allowing the unintentional elapse from the first extention, to the date of this documents signing, and the

granting of an additional 30 days further upon the receipt and signing of an order on this motion.

7. There is merit to appellant's sole error for review that may constitute reversible error. TRAP 44.2

8. The trial courts judgment was rendered on the 10th day of october, 2013, in the 355th Judicial District Court, in Cause No. CR 12456; The State of Texas vs. David Lee Kelley

9. Appellant has not knowingly or intentionally delayed the filing of this document in order to cause harm or prejudice to either the courts or other related there to parties (The State of Texas).

---

Prayer

wherefore, premises considered, appellant, acting pro-se, respectfully prays that this Honorable Court here by grant in full this document and allow the additional 30 day extension requested.

Respectfully submitted this day the 12th of Sept. 2015

D.L.Kelley
David Lee Kelley 1886975
J.A. unit    4F-21B
2101 FM 369 N.
Iowa Park, TX. 76367

# Certificate of Service

I, David Lee Kelley, do here by certify that a true and correct copy of the above and foregoing Motion for Additional ~~Extension~~ Extension of Time to File a Petition for Discretionary Review, has been forwarded by United States Mail, postage prepaid, first class, to the State Prosecuting Attorney, P.O. BOX 12405, Austin, TX. 78711, and the District Attorney for Hood County, Texas on the 13th day of September, 2015.

_D.L Kelley_
Petitioner Pro-se